IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) TERRELL GREEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:17-cv-00156-CVE-FHM ) ) |
| (1) JAMES RIVER INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Terrell Green and Defendant James River Insurance Company, through their respective counsel, hereby jointly stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that all of Plaintiff's claims in the above-captioned action against the Defendant be dismissed with prejudice to the future filing thereof, with the parties to bear their own costs and attorneys' fees in this action.

Respectfully submitted,

*/s/ Brian Berry*
(*signed by filing attorney with permission of attorney for Plaintiff*)
BERRY & OTTERSON
2230 East 49th Street, Suite A
Tulsa, Oklahoma 74105
Telephone: 918/742.3200
Facsimile: 918/742.3772
Email: brian@berryandotterson.com

ATTORNEY FOR PLAINTIFF
TERRELL GREEN

*/s/ Jason L. Glass*
Jason L. Glass, OBA #17635
Emily C. Krukowski, OBA #32038
BAUM GLASS & JAYNE
Mid-Continent Tower
401 S. Boston Ave., Suite 2300
Tulsa, Oklahoma 74103
Telephone: 918/938.7944
Facsimile: 918/938.7966
Email: jglass@bgj-law.com
ekrukowski@bgj-law.com

ATTORNEYS FOR DEFENDANT
JAMES RIVER INSURANCE COMPANY